IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-00712-REB-BNB

KENNETH L. ARMBECK,

          Plaintiff,

v.

DENVER POLICE DEPARTMENT,
D. QUINONES, Sergeant,
D. WILEY, Officer,
DENVER, CITY, OF,
WELLINGTON WEBB, as Mayor for the City of Denver,
BUTCH MONTOYA, as Manager of the Department of Public Safety for the City of
      Denver, and
DAVID MICHAUD, as Chief of Police for the City, County of Denver,

          Defendants.

_____

ORDER TO CURE DEFICIENCY

_____

Blackburn, Judge

      Plaintiff submitted a Notice of Appeal on February 28, 2006. The court has determined that

the document is deficient as described in this order. Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      X      is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28**
       **U.S.C. § 1915 and Fed. R. App. P. 24**:
      X      is not submitted
      __     is missing affidavit
      __     is missing certified copy of prisoner's trust fund statement for the 6-month period
           immediately preceding this filing
      __     is missing required financial information
      __     is missing an original signature by the prisoner

1

    __      is not on proper form (must use the court's current form)

    __      other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 1st day of March, 2006.

                                     BY THE COURT:

                                     s/ Robert E. Blackburn

                                     JUDGE, UNITED STATES DISTRICT COURT
                                     FOR THE DISTRICT OF COLORADO